IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRESTON BEACHUM, III ) | |
| ) | |
| V. ) | 3-06-CV-2203-R |
| ) | |
| CITY OF DALLAS, et al ) | |

### ORDER ACCEPTING
### SUPPLEMENTAL FINDINGS AND RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made supplemental findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed supplemental findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Supplemental Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 13th day of July, 2007.

*Jerry Buchmeyer*

---
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE